THE MEADOW REALTY CORPORATION, a corporation, complainant-appellant,

*v.*

ATLANTIC CITY SEWERAGE COMPANY et al., defendants-respondents.

[Decided April 25th, 1940.]

*Mr. Vincent S. Haneman,* for the appellant.

*Messrs. Thompson & Hanslein* and *John Lloyd, Jr.,* for the respondents.

PER CURIAM.

The decree and order appealed from will be affirmed, for the reasons stated in the opinions filed in the court below by Vice-Chancellor Sooy.

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, HAGUE, JJ.   11.

*For reversal*—PARKER, RAFFERTY, JJ.   2.